IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*



FILED
MAR 30 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| IN THE MATTER OF THE ISSUANCE OF A CRIMINAL COMPLAINT AND ARREST WARRANT RE:<br><br>CHRISTAFER DOUGLAS FRIEND | UNDER SEAL<br><br>Case No. 2:22-mj-__75__ |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kathryn Nguyen, being duly sworn, hereby depose and state:

#### Introduction and Agent Background

1. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant and make arrests.

2. I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent since September 2015. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, § 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in Title 18, United States Code. In the course of my duties, I am responsible for investigating crimes which include, but are not limited to, child exploitation and child pornography. I have previously been involved in criminal investigations concerning violations of federal laws. Since joining the FBI, your affiant has received specialized training in human trafficking investigations, identifying and seizing electronic evidence, computer forensics, recovery of electronic files, electronic device imaging, and social media website investigations.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging CHRISTAFER DOUGLAS FRIEND (hereinafter "FRIEND") with violations of 18 U.S.C. § 2422(b) (attempted coercion and enticement of a minor), 18 U.S.C. § 2252(a)(2) (distribution of child pornography), and 18 U.S.C. § 1470 (attempted transfer of obscene material to a minor).

4. The facts in this affidavit come from my personal observations and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Rather, I have included only the facts that are sufficient to

establish probable cause for the issuance of a criminal complaint and the issuance of an arrest warrant for CHRISTAFER DOUGLAS FRIEND for the above-described criminal violation.

## Probable Cause

5. On March 29, 2022, a law enforcement officer acting in an undercover capacity (hereinafter "UC") posing as the father of an 11 year-old daughter, posted a description in the "about me" section on a social-networking website located on the Internet. The description used language that is commonly associated with individuals seeking to find children for sexual purposes.

6. On March 29, 2022, at approximately 5:34PM the UC received a response on the social-networking website from user Study_WaitWhat. Study_WaitWhat asked to switch the conversation to another messaging platform, Wickr Me, and said his user name there was Darklike. Excerpts from the conversations between the UC and subject are provided below:

### Excerpts from Wickr Me Messages

| | |
|---|---|
| darklike: | So tell me how long yall been doing this |
| UC: | been like a year or so. took it super slow |
| darklike: | And she likes it? |
| UC: | yea took it real slow so she liked it |
| darklike: | Tell me more about yall |
| UC: | we are from NY and traveling down to myrtle beach |
| UC: | I'm Mike, 45 |
| UC: | kylie will be 12 in the fall |
| UC: | hbu |
| darklike: | I'm Chris I'm 31, where and how long yall staying? |
| UC: | just for a few days we did Busch Gardens |
| UC: | staying in chesapeake |
| darklike: | Nice lol how much you looking into wanting |
| UC: | you mean how much cash? |
| darklike: | Yea |
| UC: | 100 bucks you can have her for an hour |
| darklike: | Now I'm going to ask this is there anyway to prove this is all real |
| UC: | we can talk on the phone |
| darklike: | On this app |
| UC: | yes |
| darklike: | Ok |
| darklike: | You can call me |

7. A recorded voice call within the Wickr Me application then took place between a second UC and darklike during which darklike asked the second UC how he and his daughter had started; the second UC said he had started by fingering his daughter. Darklike then asked if the daughter was around. The second UC confirmed she was and a third UC acting as the 11-year-old

girl then started speaking to darklike. Darklike then asked what he believed to be the 11-yearold girl if she likes it when daddy touches her; she responded that it tickled. He then asked whether she had sucked daddy's dick; when she appeared confused he asked whether she's sucked his "peepee". Darklike said he would be available at 10PM to come over.

8. The chat conversation resumed after the phone call:

### Additional Excerpts from Wickr Me Messages

| | |
|---|---|
| darklike: | I forget to ask how big is she |
| UC: | what u mean? she's little, kinda tight |
| darklike: | Skinny? |
| UC: | kinda |
| darklike: | Ok |
| darklike: | Could I see a pic of her |
| UC: | totaly just don't want to share a lot of pics dont want her image out there |
| darklike: | Gotcha |
| UC: | *(shared a photo an altered photo of a fully-clothed adult)* |
| darklike: | OMG she's so cute and sexy |
| UC: | thanks man i think so to |
| darklike: | You should totally take her to a nudist resort |
| UC: | hahah yea man. are there any here?? |
| darklike: | One in ivor Virginia called whitetails |
| UC: | cool |
| darklike: | It's family friendly and I've see sexy kids there and OMG tan kids are beautiful |
| UC: | might have to consider it for our next trip |
| darklike: | Lol I'm going to try this summer so hopefully we can meet again *(shared a photo of a naked prepubescent female child spreading her legs with her genitalia clearly visible)* |
| UC: | nice love it |
| UC: | she yours? |
| darklike: | No ▮▮▮▮▮▮ |
| UC: | hot |
| UC: | do you play? |
| darklike: | ▮▮▮▮▮▮▮▮▮▮ |
| darklike: | But I loved it for a short time |
| UC: | must have been awesome when you could |
| darklike: | Yup I honestly wish I ▮▮▮▮▮ |
| darklike: | Has she seen a cock? |
| UC: | yea i've had her touch my cock but was easing into it |
| darklike: | If I send a pic of mine can you show her it |
| UC: | that would be cool and she will know what to expect when you get here |

3

| | |
|---|---|
| UC: | are you big? |
| darklike: | Average 5.5 |
| | *(shared a photo of an erect adult male penis)* |
| darklike: | Be right back taking a shower now |
| UC: | k |
| darklike: | What does she think |
| UC: | she really like it |
| UC: | not gonna lie bigger than me lol |
| darklike: | Lol well I'm glad she likes it and eh I think I'm small myself |
| darklike: | Haha I keep looking at her pic and so badly want to jerk and cum but I also want to wait till I see her to really cum |
| UC: | cool save it up |
| darklike: | Have you cum on her before |
| UC: | just on the outside |
| darklike: | Well yea but how was her reaction and where did you cum cause I'll be honestly I would either cum on her pussy or chest and lick it clean |
| UC: | i did it on her chest, it would be hot to see you cum on her pussy |
| darklike: | Then I will lol |
| UC: | cool u still thinkin like 10? |
| darklike: | Yea somewhere between 10 and 1030 |
| UC: | ok cool u want her showered? |
| darklike: | Sure |
| UC: | k cool shes hoppin in now. if ten works then cool shes gonna be cranky as fuck lol |
| darklike: | Lol well I'm sure we can make her happy then cranky |
| darklike: | Ask her if she wants something sweet |
| UC: | she would love that, her favorite candy is swedish fish |
| darklike: | Ok definitely will do that for her |
| UC: | ill have her wear her favorite unicorn onesie |
| darklike: | Will she be naked underneath it |
| UC: | definitely |
| darklike: | Lol I'll be honest I'm going to give you $200 cause I can't believe that this will happen |
| UC: | very cool bro |
| darklike: | Could I stay little longer then an hour |
| UC: | if you can come earlier you can stay for a couple of hours |
| UC: | she has to go to bed soon |
| darklike: | I'll try 930 |
| UC: | great |
| darklike: | Where are yall staying at |
| *(conversation confirming location of UC in Chesapeake, Virginia)* | |
| darklike: | On my way |
| UC: | cool |
| darklike: | I'm excited and little nervous haha |
| UC: | same here |

4

| | |
|---|---|
| UC: | it'll be fun |
| darklike: | Lol why you nervous |
| darklike: | Oh yea |
| UC: | more nervous excited |
| darklike: | Haha yea |
| darklike: | She's so sexy |
| UC: | yea she is |
| darklike: | Almost there just got to get candy |
| UC: | Great |
| darklike: | They don't have any Swedish fish, what else does she like |
| UC: | twix |
| darklike: | Ok |
| darklike: | I'm here |

9. On March 29, 2022 at approximately 9:52 PM, FRIEND arrived at the Chesapeake, Virginia location where he had made arrangements to meet "Mike" and his daughter "Kylie". FRIEND brought with him the $200 he had told the UC he would pay him to spend time with his daughter. After he gave the $200 to "Mike," the UC, he was arrested. Agents found Twix candy on his person. FRIEND agreed to speak with agents after his arrest and denied molesting ▮.

10. Both Wickr Me and the social-networking website initially used to communicate with FRIEND both necessarily require use of the Internet. The Internet is an interconnected network of computers with which one communicates when on-line, is a network that crosses state and national borders, and is a facility of interstate and foreign commerce.

## Conclusion

11. Based on the information and evidence set forth above, I respectfully submit that there is probable cause to establish that on or about March 29, 2022, within the Eastern District of Virginia and elsewhere, CHRISTAFER DOUGLAS FRIEND has violated 18 U.S.C. § 2422(b) (attempted coercion and enticement of a minor), 18 U.S.C. § 2252(a)(2) (distribution of child pornography), and 18 U.S.C. § 1470 (attempted transfer of obscene material to a minor).

12. Accordingly, I request that a complaint and arrest warrant be issued charging CHRISTAFER DOUGLAS FRIEND with such offenses.

Respectfully submitted,

_____
Special Agent Kathryn Nguyen
Federal Bureau of Investigation

Sworn and subscribed to before me on
March 31, 2022 in Norfolk, Virginia.

_____
Honorable Robert J. Krask
UNITED STATES MAGISTRATE JUDGE