

FILED
IN OPEN COURT

JUL - 6 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 2:22-cr-42

CHRISTAFER DOUGLAS FRIEND,

Defendant.

## STATEMENT OF FACTS

The United States and the defendant, CHRISTAFER DOUGLAS FRIEND (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1.      On March 29, 2022, a law enforcement officer acting in an undercover capacity (hereinafter "UC") posing as the father of an 11 year-old daughter, posted a description in the "about me" section on a social-networking application located on the Internet.   The description depicted a non-explicit image of an adult male and children, and used language that is commonly associated with individuals seeking to find children for sexual purposes, including language commonly used to reference a family where children are being sexually abused by their relatives.

2.      On March 29, 2022, at approximately 5:34PM, the UC received a response on the social-networking application from user Study_WaitWhat, which was in fact FRIEND:

| | |
|---|---|
| FRIEND: | What are you asking for |
| UC: | Maybe make a lil money with open fam here.   Not for everyone |
| FRIEND: | Like actually do open fam |
| UC: | Yea if you know what I mean |
| | Single dad here with dau in town for a couple days |
| | Just want to have some fun |
| FRIEND: | Is there anyway to know your actual real |
| UC: | I get it man.   Maybe call me? |
| FRIEND: | How old |

1

CDF
KLK
ERG

|         | Why are you as a female on here |
|---------|---------------------------------|
| UC:     | Gotta be safe bro |
| FRIEND: | Not following |
| UC:     | Cool she will be 12 in Sept |
|         | Just don't use my real name.  I'm a dude.  Sorry if not ok.  She's def a girl tho.   Lol |
| FRIEND: | Nice you got wickr? |
|         | Lol age doesn't matter for me |
| UC:     | If ya gotta ask prob to yung.   Lol |
|         | Ok |
|         | K I'm getting one now |
|         | Hang on |
| FRIEND: | Add me Darklike |

3.      The conversation between the UC and FRIEND then continued on the social

media application Wickr Me, with FRIEND using the username Darklike:

|         | |
|---------|---------------------------------|
| UC:     | Hey! |
| FRIEND: | Hey |
|         | So tell me how long yall been doing this |
| UC:     | been like a year or so. took it super slow |
| FRIEND: | And she likes it? |
| UC:     | yea took it real slow so she liked it |
| FRIEND: | Tell me more about yall |
| UC:     | we are from NY and traveling down to myrtle beach |
|         | I'm Mike, 45 |
|         | kylie will be 12 in the fall |
|         | hbu |
| FRIEND: | I'm Chris I'm 31, where and how long yall staying? |
| UC:     | just for a few days we did Busch Gardens |
|         | staying in chesapeake |
| FRIEND: | Nice lol how much you looking into wanting |
| UC:     | you mean how much cash? |
| FRIEND: | Yea |
| UC:     | 100 bucks you can have her for an hour |
| FRIEND: | Now I'm going to ask this is there anyway to prove this is all real |
| UC:     | we can talk on the phone |
| FRIEND: | On this app |
| UC:     | yes |
| FRIEND: | Ok |
|         | You can call me |

4.      A recorded voice call within the Wickr Me application then took place between a

second UC, who was acting as the father, "Mike," and FRIEND, during which FRIEND asked

2

"Mike" how he and his daughter had started.   "Mike" said he had started by fingering his daughter.

FRIEND then asked if the daughter was around.   "Mike" confirmed she was and a third UC acting

as the 11-year-old girl then started speaking to FRIEND.   FRIEND asked what he believed to be

the 11-year old girl if she likes it when daddy touches her; she responded that it tickled.   He then

asked whether she had sucked daddy's dick; when she appeared confused, he asked whether she's

sucked his "peepee".   FRIEND then told "Mike" that he would be available at 10PM to come

over.

5.    The chat conversation on Wickr Me resumed after the phone call:

| | |
|---|---|
| FRIEND: | I forget to ask how big is she |
| UC: | what u mean? she's little, kinda tight |
| FRIEND: | Skinny? |
| UC: | kinda |
| FRIEND: | Ok |
| | Could I see a pic of her |
| UC: | totaly just don't want to share a lot of pics dont want her image out there |
| FRIEND: | Gotcha |
| UC: | *(shared an altered photo of a fully-clothed adult which was consistent with the appearance of an 11 year old girl with a ponytail)* |
| FRIEND: | OMG she's so cute and sexy |
| UC: | thanks man i think so to |
| FRIEND: | You should totally take her to a nudist resort |
| UC: | hahah yea man.   are there any here?? |
| FRIEND: | One in ivor Virginia called whitetails |
| UC: | cool |
| FRIEND: | It's family friendly and I've see sexy kids there and OMG tan kids are beautiful |
| UC: | might have to consider it for our next trip |
| FRIEND: | Lol I'm going to try this summer so hopefully we can meet again |

. . .

| | |
|---|---|
| FRIEND: | Has she seen a cock? |
| UC: | yea i've had her touch my cock but was easing into it |
| FRIEND: | If I send a pic of mine can you show her it |
| UC: | that would be cool and she will know what to expect when you get here are you big? |
| FRIEND: | Average 5.5 |

*(shared a photo of an erect adult male penis)*

| | |
|---|---|
| FRIEND: | Be right back taking a shower now |
| UC: | k |
| FRIEND: | What does she think |
| UC: | she really liked it |
| | not gonna lie bigger than me lol |
| FRIEND: | Lol well I'm glad she likes it and eh I think I'm small myself |
| | Haha I keep looking at her pic and so badly want to jerk and cum but I |
| | also want to wait till I see her to really cum |
| UC: | cool save it up |
| FRIEND: | Have you cum on her before |
| UC: | just on the outside |
| FRIEND: | Well yea but how was her reaction and where did you cum cause I'll be |
| | honestly I would either cum on her pussy or chest and lick it clean |
| UC: | i did it on her chest, it would be hot to see you cum on her pussy |
| FRIEND: | Then I will lol |
| UC: | cool u still thinkin like 10? |
| FRIEND: | Yea somewhere between 10 and 1030 |
| UC: | ok cool u want her showered? |
| FRIEND: | Sure |
| UC: | k cool shes hoppin in now.   if ten works then cool shes gonna be cranky |
| | as fuck lol |
| FRIEND: | Lol well I'm sure we can make her happy then cranky |
| | Ask her if she wants something sweet |
| UC: | she would love that, her favorite candy is swedish fish |
| FRIEND: | Ok definitely will do that for her |
| UC: | cool |
| FRIEND: | She got anything sexy to wear when I met her |
| UC: | ill have her wear her favorite unicorn onesie |
| FRIEND: | Will she be naked underneath it |
| UC: | definitely |
| FRIEND: | Lol I'll be honest I'm going to give you $200 cause I can't believe that this |
| | will happen |
| UC: | very cool bro |
| FRIEND: | Could I stay little longer then an hour |
| UC: | if you can come earlier you can stay for a couple of hours |
| | she has to go to bed soon |
| FRIEND: | I'll try 930 |
| UC: | great |
| FRIEND: | Where are yall staying at |
| *(conversation confirming location of UC in Chesapeake, Virginia)* | |
| FRIEND: | On my way |
| UC: | cool |
| FRIEND: | I'm excited and little nervous haha |
| UC: | same here |
| | it'll be fun |

| FRIEND: | Lol why you nervous |
| | Oh yea |
| UC: | more nervous excited |
| FRIEND: | Haha yea |
| | She's so sexy |
| UC: | yea she is |
| FRIEND: | Almost there just got to get candy |
| UC: | Great |
| FRIEND: | They don't have any swedish fish, what else does she like |
| UC: | twix |
| FRIEND: | Ok |
| | I'm here |

6.     At approximately 9:52 PM, FRIEND arrived at the Chesapeake, Virginia, location where he had made arrangements to meet "Mike" and his daughter "Kylie".   FRIEND brought with him the $200 he had told the UC he would pay him to spend time with his daughter. FRIEND and the UC discussed whether FRIEND would ejaculate inside "Kylie."   FRIEND agreed he would not due to the risk of "Kylie" becoming pregnant.   FRIEND also agreed he would not leave any marks or bruises on "Kylie" to avoid detection by "Kylie's" mother.   After FRIEND gave the $200 to "Mike," the UC, he was arrested.   Arresting agents found Twix candy on his person.

7.     FRIEND agreed to speak with agents after his arrest.   He stated he was there to meet with a man and his eleven-year-old daughter, and that he had communicated with the man using social media applications, including Wickr Me, earlier that day.   During that conversation, FRIEND admitted he sent the man a picture of his own genitals.   FRIEND said he was there to "have a little fun" and engage in "rub and play" with the girl, and that he had purchased candy for her so that she would not be cranky.

8.     Wickr Me and the social-networking application initially used to communicate with FRIEND both necessarily require use of the Internet, and those communications were in and affecting interstate commerce.   The Internet is an interconnected network of computers with

CDF
KLK
ERG

which one communicates when on-line, is a network that crosses state and national borders, and is a facility of interstate and foreign commerce.

9.      On or about March 29, 2022, in the Eastern District of Virginia and elsewhere, defendant CHRISTAFER DOUGLAS FRIEND, in and affecting interstate and foreign commerce, knowingly attempted to recruit, entice, harbor, obtain, maintain, patronize, and solicit by any means a person who had not attained the age of 14 years, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and aided and abetted the same.

10.     This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States.  It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

11.     The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:   _____

E. Rebecca Gantt
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, CHRISTAFER DOUGLAS FRIEND, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
CHRISTAFER DOUGLAS FRIEND

I am Keith L. Kimball, defendant's attorney.   I have carefully reviewed the above Statement of Facts with him.   To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Keith L. Kimball, AFPD
Attorney for CHRISTAFER DOUGLAS FRIEND