EXHIBIT 1

Dear Judge Gibney

I first want to say I have no anger with the fact that you have to sentence me to prison. I was wrong and deserve and accept that I must be punished. I want to sincearly appoligize for something I should never have done. I was expected by my friends/family to act in a manner of knowing what was right and wrong and I failed everyone including myself and ▮▮▮. I dont want to be the person I was. Looking back I chose looking at pornagraphy and didnt realize what it was doing to me. I let pornagraphy lead me down a bad path. It distorted my relationships and attempted relationships. I know that the likelihood of ever seeing ▮▮▮ again is slim but I trust God to place me and ▮▮▮ on a path of healing. If ▮▮▮ wants to see me in the future, I will be there for ▮▮▮ in a positive and healthy way, but I understand that will be up to ▮▮▮. I remember one of the FBI agents telling me that I was wrong ▮▮▮ and failed ▮▮▮ and now is the time to show ▮▮▮ that I accept responsibility for my wrongs and intend to make them right. The agent was right. I had hit rock bottom and now I must do everything I can to make things right. I know I need treatment. I want to do anything to help myself get better and be better when I am released.

Christopher Frien